# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: ROBERT W. HARRIS                §    Case No. 13-81548
       GLORIA L. SUTTER-HARRIS     §
                                          §
           Debtors                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2013.

2) The plan was confirmed on 08/09/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2013.

5) The case was dismissed on 12/20/2013.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,450.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,600.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,600.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,035.79 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 98.35 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,134.14 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,035.79 | 0.00 |
| PRESTIGE FINANCIAL SERVICES | Sec | 8,350.00 | 10,177.71 | 8,350.00 | 248.30 | 217.56 |
| PRESTIGE FINANCIAL SERVICES | Uns | 1,963.00 | 0.00 | 1,827.71 | 0.00 | 0.00 |
| WI DEPT OF CHILDREN & FAMILIES | Pri | 4,400.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CONDELL MEDICAL | Uns | 5,550.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO% | Uns | 148.00 | 410.17 | 410.17 | 0.00 | 0.00 |
| BEST BUY | Uns | 615.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 775.00 | 772.66 | 772.66 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN PARKING | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF LAKE COUNTY | Uns | 792.00 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL CHECK CONTROL | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & A | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| DRS KANE MISAWA & SPIESS | Uns | 262.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DUPAGE COUNTY CIRCUIT COURT | Uns | 1,165.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RECOVERY SYSTEMS | Uns | 7,492.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Uns | 3,500.00 | 38,037.57 | 38,037.57 | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 6,870.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 2,229.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 2,666.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Uns | 4,217.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 352.00 | 352.25 | 352.25 | 0.00 | 0.00 |
| HEART CARE CARDIOVASCULAR | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| HOPE CHIROPRACTIC & REHAB | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXMASTERS | Uns | 567.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 700.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 431.00 | NA | NA | 0.00 | 0.00 |
| INDUSTRIAL REHABILITATION | Uns | 684.00 | NA | NA | 0.00 | 0.00 |
| INGALLS URGENT CARE | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY ASSOC | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| LAKE HEART SPECIALISTS | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| LIBERTYVILLE IMAGING | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| LOCAL 881 UFCW | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| LOSSMAN EYE CARE | Uns | 312.00 | NA | NA | 0.00 | 0.00 |
| MARSHFIELD CLINIC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY | Uns | 169.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Uns | 2,300.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT CORP | Uns | 818.00 | NA | NA | 0.00 | 0.00 |
| NOVAS & ASSOCIATES | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| DOUGLAS SHENK | Uns | 1,920.00 | 2,250.00 | 2,250.00 | 0.00 | 0.00 |
| PRONGER SMITH MEDICALCARE | Uns | 14,800.00 | NA | NA | 0.00 | 0.00 |
| SHAWANO COUNTY COURTHOUSE | Uns | 256.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINT | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT SERVICES | Uns | 229.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ISLAND LAKE | Uns | 107.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MIDLOTHIAN | Uns | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| WASTE MANAGEMENT - RMC | Uns | 80.00 | 84.81 | 84.81 | 0.00 | 0.00 |
| TOM LILLEGARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 470.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 8,350.00 | $ 248.30 | $ 217.56 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,350.00 | $ 248.30 | $ 217.56 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 400.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 400.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 44,693.17 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,134.14 |
| Disbursements to Creditors | $ 465.86 |
| **TOTAL DISBURSEMENTS:** | $ 1,600.00 |

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  02/12/2014            By:  /s/ Lydia S. Meyer
                                                             Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)